UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GODINEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　　Respondent. | Case No. 2:17-cv-06156-JVS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), Respondent's Motion to Dismiss ("MTD") the FAP, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that:

　　　　1) Respondent's MTD as to Grounds One and Two of the FAP, based on Younger abstention, is **DENIED**;

　　　　2) Respondent's MTD as to Grounds Three and Four of the FAP, based on failure to allege a deprivation of a federal constitutional right, is **GRANTED**; and

3) Respondent shall file an Answer to the remaining claims within 30 days of this order.

Dated: September 25, 2020

_____
HONORABLE JAMES V. SELNA
United States District Judge

2