UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GODINEZ,<br><br>               Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden<br><br>               Respondent. | Case No. 2:17-cv-06156-JVS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). The Court has engaged in <u>de novo</u> review of those portions of the R&R to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1       IT IS THEREFORE ORDERED that the Petition be DENIED and that
2 Judgment be entered dismissing this action with prejudice.

Dated: March 21, 2022

*/s/ James V. Selna*

HONORABLE JAMES V. SELNA
United States District Judge