1
2
3                                    JS6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11
12   JOSE GODINEZ,                          Case No. 2:17-cv-06156-JVS (SHK)
13                          Petitioner,
                                            **JUDGMENT**
14                   v.
15   DANIEL PARAMO, Warden
16                          Respondent.
17
18        Pursuant to the Order Accepting Findings and Recommendation of United
19   States Magistrate Judge,
20        IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.
21
22
23   Dated:  March 21, 2022
24                                        _____
                                          HONORABLE  JAMES V. SELNA
25                                        United States District Judge
26
27
28